NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WONDERLAND NURSERY GOODS CO., LTD.,**
*Appellant*

**v.**

**THORLEY INDUSTRIES LLC,**
*Appellee*

---

2015-1034

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 95/001,871.

---

**JUDGMENT**

---

DAVID I. ROCHE, Baker & McKenzie LLP, Chicago, IL, argued for appellant.

DANIEL H. BREAN, The Webb Law Firm, Pittsburgh, PA, argued for appellee. Also represented by KENT E. BALDAUF, JR., BRYAN P. CLARK, RYAN MILLER.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (O'MALLEY, CLEVENGER, and HUGHES, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

May 6, 2015                    /s/  Daniel  E.  O'Toole
Date                          Daniel E. O'Toole
                             Clerk of Court